UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 7, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CHRISTIAN JOHNSON,<br><br>Defendant. | Case No.  2:24-CR-00154-01-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CHRISTIAN JOHNSON,</u> Case No. 2:24-CR-00154-01-TLN, Charge <u>18 U.S.C. § 3606</u>, from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

  _____  Unsecured Appearance Bond $ _____

  _____  Appearance Bond with 10% Deposit

  _____  Appearance Bond with Surety

  _____  Corporate Surety Bail Bond

  __X__  (Other): **TIME SERVED AS OF 9:00 AM on AUGUST 8, 2025.**

Issued at Sacramento, California on August 7, 2025.

_____
Troy L. Nunley
Chief United States District Judge